# Court of Appeals
# of the State of Georgia

ATLANTA,  September 18, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0278.  TAYLOR ERNEST DAVIS v. THE STATE.**

On May 10, 2017, Taylor Davis was convicted of driving under the influence and two controlled-substance offenses.  Davis filed a timely motion for a new trial, which he subsequently withdrew.  On October 2, 2017, he filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of the judgment being appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  A timely filed motion for a new trial extends the deadline for filing a notice of appeal until 30 days after the trial court disposes of the motion.  OCGA § 5-6-38 (a).  Absent a court order resolving the motion, however, the deadline for filing a notice of appeal is not extended.  Rather, "OCGA § 5-6-38 requires a *trial court order* granting, denying, or otherwise finally disposing of" a motion for a new trial to extend the time for filing a notice of appeal more than 30 days after entry of judgment.  *Heard v. State*, 274 Ga. 196, 197 (1) (552 SE2d 818) (2001).  A unilaterally withdrawn motion for a new trial, standing alone, does not extend the deadline for filing an appeal.  See id.

In this case, Davis voluntarily withdrew his motion for a new trial.  The trial court neither ruled on the motion nor granted him permission to withdraw it.  The deadline for filing his direct appeal, therefore, was not extended, and his notice of appeal was untimely filed 145 days after the trial court entered his judgment of conviction.  See *Heard*, 274 Ga. at 197 (1); see also *Simmons v. State*, 276 Ga. 525,

525, n. 1 (579 SE2d 735) (2003). Accordingly, we have no authority to consider Davis's appeal, which is hereby DISMISSED for lack of jurisdiction.

Because Davis was represented by counsel before the trial court, he is informed of the following in accordance with *Rowland*, 264 Ga. at 875-876 (2): This appeal has been dismissed because you failed to file a proper and timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is DIRECTED to send a copy of this order to Davis and to his attorney, and the latter also is DIRECTED to send a copy to Davis.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* __09/18/2018__
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*